UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON, | No. C-12-04463 DMR |
| Plaintiff(s), | **ORDER** |
| v. | |
| LIFECELL CORPORATION, | |
| Defendant(s). | |

The court is in receipt of the Discovery Letter Brief ("Letter") filed by Defendant Lifecell Corporation [Docket No. 32]. Exhibit 1 to the Letter contains Plaintiff's Social Security number. Defendant shall refile the Letter with Plaintiff's Social Security number and any other sensitive information redacted by **May 6, 2013**.

IT IS SO ORDERED.

Dated: May 3, 2013

DONNA M. RYU
United States Magistrate Judge