**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY THOMASON,                              No. C-12-04463 DMR

              Plaintiff(s),                    **ORDER**

       v.

LIFECELL CORPORATION,

              Defendant(s).

_____/

       The court is in receipt of the Discovery Letter Brief ("Letter") filed by Defendant Lifecell

Corporation [Docket No. 32].  Exhibit 1 to the Letter contains Plaintiff's Social Security number.

Defendant shall refile the Letter with Plaintiff's Social Security number and any other sensitive

information redacted by **May 6, 2013**.

       IT IS SO ORDERED.

Dated:  May 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge