**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY THOMASON,

          Plaintiff(s),

    v.

LIFECELL CORPORATION,

          Defendant(s).

_____/

No. C-12-04463-JST  (DMR)

**ORDER RESETTING HEARING DATE ON DEFENDANT'S DISCOVERY LETTER BRIEF DATED MARCH 15, 2013 [DOCKET NO. 37]**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' stipulation [Docket No. 39] to continue the hearing date on Defendant's Discovery Letter Brief dated March 15, 2013. [Docket No. 32, refiled with redactions as Docket No. 37.]  Please be advised that the previously-noticed hearing date of May 9, 2013 has been **VACATED**.   A new hearing date on the matter shall issue at a later date.

    IT IS SO ORDERED.

Dated:  May 8, 2013

_____
DONNA M. RYU
United States Magistrate Judge