United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON, | No. C-12-04463-JST (DMR) |
| Plaintiff(s), | **ORDER RESETTING HEARING DATE ON DEFENDANT'S DISCOVERY LETTER BRIEF DATED MARCH 15, 2013 [DOCKET NO. 37]** |
| v. | |
| LIFECELL CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' stipulation [Docket No. 39] to continue the hearing date on Defendant's Discovery Letter Brief dated March 15, 2013. [Docket No. 32, refiled with redactions as Docket No. 37.]  Please be advised that the previously-noticed hearing date of May 9, 2013 has been **VACATED**.   A new hearing date on the matter shall issue at a later date.

IT IS SO ORDERED.

Dated: May 8, 2013

DONNA M. RYU
United States Magistrate Judge