UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON,<br><br>   Plaintiff,<br><br>v.<br><br>LIFECELL CORPORATION,<br><br>   Defendant. | Case No.  12-cv-04463-JST<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE DATE** |

In the light of the discovery issue currently pending before Judge Ryu, on the Court's own motion and good cause appearing, the Court hereby re-schedules the case management conference, currently scheduled for Wednesday, May 29, at 2:00 p.m., to Wednesday, July 31, at 2:00 p.m.

Dated: May 10, 2013



JON S. TIGAR
United States District Judge