**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON, | No. C-12-04463 DMR |
| Plaintiff(s), | **ORDER SETTING HEARING ON REQUEST FOR WITHDRAWAL OF COUNSEL [DOCKET NO. 38]** |
| v. | |
| LIFECELL CORPORATION, | |
| Defendant(s). | |
| _____/ | |

On May 8, 2013, Plaintiff filed a state court form indicating that she will be proceeding pro se and that her attorney Steven Weiner wishes to withdraw from representation. [Docket No. 38.] Civil Local Rule 11-5(a) requires court approval for withdrawal of counsel. The court will construe Docket No. 38 as a request for an order permitting withdrawal, and will convene a hearing on the matter at **10:30 a.m. on May 30, 2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

Both Plaintiff and Plaintiff's counsel shall appear in person, but not defense counsel. If defense counsel objects to its exclusion from this hearing, it shall file such objection, along with the basis for the objection, by May 17, 2013. Plaintiff's counsel immediately shall provide a copy of this order to Plaintiff, and shall also call Plaintiff to notify her of the contents of this order.

IT IS SO ORDERED.

Dated: May 10, 2013

_____

DONNA M. RYU
United States Magistrate Judge