UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON, | No. C-12-04463-JST DMR |
| Plaintiff(s), | **ORDER DENYING DEFENDANT LIFECELL CORPORATION'S REQUEST TO APPEAR AT HEARING** |
| v. | |
| LIFECELL CORPORATION, | |
| Defendant(s). | |

The court is in receipt of Defendant Lifecell Corporation's request to appear at the hearing on the Plaintiff's request for withdrawal of counsel. [Docket No. 44.] The sole subject matter of the May 30, 2013 hearing will be plaintiff's request for an order permitting withdrawal of counsel. As this matter does not involve the merits of the case, Defendant's request to appear is DENIED.

IT IS SO ORDERED.

Dated: May 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge