United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY THOMASON,

    Plaintiff,

    v.

LIFECELL CORPORATION,

    Defendant.

Case No. 12-cv-04463-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of Defendant's representation in its most recent Case Management Statement, ECF No. 47, that Plaintiff has not yet secured new counsel and is currently too ill to attend the July 31 Case Management Conference, the Court CONTINUES the Case Management Conference scheduled for July 31, 2013 to Wednesday, October 2, 2013 at 2:00 p.m.

Plaintiff must continue to attempt to secure new counsel. If she is not represented by an attorney at the October 2, 2013 conference, the Court may conclude that Plaintiff will be representing herself in this lawsuit, and set a schedule accordingly.

The Court notes Defendant's suggestion that the Court refer this case to Early Neutral Evaluation. The Court will not take that step until either Plaintiff has new counsel, or it has been determined that she is representing herself.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    If Plaintiff decides to represent herself, she is advised that there is helpful information for

2 *pro se* litigants at www.cand.uscourts.gov/proselitigants.  Plaintiff may also make an appointment

3 with the Northern District's Legal Help Center by calling 415-782-9000, extension 8657.

4    **IT IS SO ORDERED**.

5 Dated: July 29, 2013

                                                                    _____
                                                                    JON S. TIGAR
                                                                    United States District Judge