# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY THOMASON,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFECELL CORPORATION,<br><br>    Defendant. | Case No.  12-cv-04463-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF Nos. 51 & 52 |

A review of the docket reveals that the parties appear to have settled this case. <u>See</u> ECF Nos. 51 & 52.  However, the Notice of Dismissal is signed only by Defendant.  ECF No. 52.  A stipulation of dismissal is not effective until it has been signed by "all parties who have appeared."  Fed. R. Civ. Pro. 41(a)(1)(a)(ii).  If Plaintiff intends to dismiss this action, she shall file a stipulation of dismissal not later than January 21, 2014.  Otherwise, the case management conference on February 14, 2014 will proceed as scheduled.

**IT IS SO ORDERED**.

Dated:  January 14, 2014

_____
JON S. TIGAR
United States District Judge